**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,**<br><br>Plaintiff,<br><br>vs.<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:24-cv-00984-PLC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Defendant, Lincoln Life Assurance Company of Boston d/b/a Lincoln Financial Group,[1] ("Lincoln" or "Defendant"), by and through its undersigned counsel, and respectfully moves this Court to extend the deadline to respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff filed this lawsuit on July 18, 2024. Pursuant to the Waiver of Service served on Lincoln with the Complaint, Defendants must file their Answer or otherwise respond by September 16, 2024.

2. Lincoln requests an extension to respond to or answer Plaintiff's Complaint to allow the Parties an opportunity to discuss a possible resolution of the issues raised in the Complaint, as well as for Lincoln to obtain the necessary documents to appropriately respond to

[1] The correct Defendant in this action is The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group," as that is the marketing name for Lincoln National Corporation and its affiliates. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

the Complaint. Accordingly, Lincoln respectfully requests that the Court enter an order that it have until and including October 16, 2024, to answer or otherwise respond to Plaintiff's Complaint.

3. The undersigned conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel does not object to the requested extension.

4. This Unopposed Motion For Extension of Time to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln respectfully requests that the Court enter an order that it have until midnight October 16, 2024, to answer or otherwise respond to Plaintiff's Complaint.

Dated: September 13, 2024

Respectfully submitted,

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 13th day of September 2024 to be served by operation of the Court's electronic filing system upon the following:

Matthew R. Davis, #MO58205
Email: matt@dodisabilitylaw.com

Adam J. Olszeski, #MO66126
Email: adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers