**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

DAVI H. COX,

Plaintiff(s),

vs.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP OF BOSTON,

Defendant(s).

Case No. 4:24-CV-00984-PLC

## DISCLOSURE STATEMENT

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

a. Whether it is publicly traded, and if it is, on which exchange(s):

Lincoln Life Assurance Company of Boston (now known as The Lincoln National Life Insurance Company) is a wholly owned subsidiary of Lincoln National Corporation(NYSE: LNC), a publicly held corporation.

b. Its parent companies or corporations (if none, state "none"):

Lincoln National Corporation.

c. Its subsidiaries not wholly owned by the subject (if none, state "none"):

None.

d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

Lincoln National Corporation

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

Not applicable.

Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of *all* persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

/s/ Iwana Rademaekers

Signature (Counsel for Plaintiff/Defendant)

Print Name: Iwana Rademaekers

Address: 17304 Preston Rd, Ste 800

City/State/Zip: Dallas TX 75252

Phone: (214) 579-9319

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery, or by electronic notice) on all parties on:
September 16, 2024.

/s/ Iwana Rademaekers

Signature