UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID H. COX,<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:24-CV-00984-PLC |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Patricia L. Cohen to District Judge Sarah E. Pitlyk.

October 10, 2024
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ Tiffany Roskowski /
TIFFANY ROSKOWSKI
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:24-CV-00984-SEP**