**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

COMES NOW Defendant, Lincoln Life Assurance Company of Boston d/b/a Lincoln Financial Group,[1] ("Lincoln" or "Defendant"), by and through its undersigned counsel, and respectfully moves this Court to extend the deadline to respond to Plaintiff's Complaint and would show unto the Court as follows:

1. Plaintiff filed this lawsuit on July 18, 2024. Pursuant to the Order entered by the Court on September 16, 2024, Defendants must file their Answer or otherwise respond by October 16, 2024.

2. The Parties have been discussing a resolution of the issues raised in the Complaint. Progress has been made, but these discussions have not yet been completed. Accordingly, Lincoln

[1] The correct Defendant in this action is The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group," as that is the marketing name for Lincoln National Corporation and its affiliates. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has merged with, and is now known as, The Lincoln National Life Insurance Company. Accordingly, "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

requests an extension until and including October 30, 2024, to respond to or answer Plaintiff's Complaint to allow the Parties time to complete those discussions.

3. The undersigned conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel does not object to the requested extension.

4. This Unopposed Motion For Extension of Time to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Lincoln respectfully requests that the Court enter an order that it have until midnight October 30, 2024, to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 14, 2024

Respectfully submitted,

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 14th day of October 2024 to be served by operation of the Court's electronic filing system upon the following:

Matthew R. Davis, #MO58205
Email: matt@dodisabilitylaw.com

Adam J. Olszeski, #MO66126
Email: adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

/s/ *Iwana Rademaekers*
Iwana Rademaekers