**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON d/b/a** | **)** | |
| **LINCOLN FINANCIAL GROUP** | **)** | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE**

Now come all parties to this case, by and through their respective counsel, and file this Joint to Motion to Appear at Scheduling Conference Via Telephone, and state as follows:

1. The Initial Pretrial and Scheduling Conference is set in this matter for February 6, 2025 at 3:30 pm before US District Judge Sarah E. Pitlyk.

2. As the above-styled action is a claim for recovery of ERISA benefits under 29 U.S.C. 1132(a)(1)(B) and the provisions in the Joint Proposed Scheduling Plan (Doc. 14) are fully agreed to by the Parties, the Parties request that their Counsel be permitted to appear at the Scheduling Conference via telephone or videoconference.

WHEREFORE, the Parties respectfully request that Counsel be allowed to appear at the February 6, 2025, Scheduling Conference via telephone or videoconference.

Dated: January 28, 2025

Respectfully submitted,

*/s/ Adam J. Olszeski* (w/permission)
Adam J. Olszeski, #MO66126
Davis Olszeski LLP
2704 Locust St., Ste 202

*/s/ Iwana Rademaekers*
Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800

St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877
Email: adam@dodisabilitylaw.com

*Counsel for Plaintiff*

Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Counsel for Defendant*

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 28th day of January 2025 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski
Email: adam@dodisabilitylaw.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers