IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| DAVID H. COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: 4:24-cv-00984-SEP |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Frederich J. Autrey of Galloway, Johnson, Tompkins, Burr & Smith, P.C. hereby enters his appearance on behalf of Defendant Lincoln Life Assurance Company of Boston.

Respectfully submitted,

GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, P.C.

*/s/ Frederich J. Autrey*
Frederich J. Autrey, #74196MO
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
fautrey@gallowaylawfirm.com
***Attorney for Defendant***