**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DESIGNATION OF NEUTRAL DEADLINE**

Now come all parties to this case, by and through their respective counsel, and file this Joint Motion For Extension of Designation of Neutral/ADR Conference Report Filing Deadline, and state as follows:

1. As the Parties inadvertently missed the June 30, 2025, deadline to file a Designation of Neutral by Parties and ADR Conference Report in this case, the Parties respectfully request that the Court extend this deadline to July7, 2025.

2. The Parties have consulted with an approved mediator and have scheduled mediation tentatively for August 22, 2025, at 9:30 a.m., should the Court grant this motion.

Dated: July 7, 2025

Respectfully submitted,

*/s/ Adam J. Olszeski* (w/permission)
Adam J. Olszeski, #MO66126
Davis Olszeski LLP
2704 Locust St., Ste 202
St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877
Email: adam@dodisabilitylaw.com
***Counsel for Plaintiff***

*/s/ Iwana Rademaekers*
Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
***Counsel for Defendant***

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 7th day of July 2025 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski
Email: adam@dodisabilitylaw.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers