**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DESIGNATION OF NEUTRAL DEADLINE**

Now come all parties to this case, by and through their respective counsel, and file this Joint Motion For Extension of Designation of Neutral/ADR Conference Report Filing Deadline, and state as follows:

1. Due to miscommunication between counsel (mostly counsel for Plaintiff) the designation of Neutral was not filed On July 11, 2025.

2. Counsel have agreed to a neutral and have scheduled a mediation for August 22, 2025 at 9:30 am.

3. The parties seek leave to correct their error and file the designation of neutral by the end of the day.

Dated: July 14, 2025

Respectfully submitted,

*/s/ Adam J. Olszeski* (w/permission)
Adam J. Olszeski, #MO66126
Davis Olszeski LLP
2704 Locust St., Ste 202
St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877
Email: adam@dodisabilitylaw.com
***Counsel for Plaintiff***

*/s/ Iwana Rademaekers* (w/permission)
Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
***Counsel for Defendant***

## CERTFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 14th day of July 2025 to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Adam J. Olszeski*