UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

David Cox

Plaintiff(s),

vs.

Lincoln Life Assurance Company of Boston

Defendant(s).

Case No. 4:24-cv-00984-SEP

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated June 11, 2025 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Mona K. Majzoub

Firm Name and Address: MKM Dispute Resolutions, PLLC
26400 lAHSER rD., Suite 250
Southfield, MI 48033

Telephone & FAX Number: 313-565-1938

**The attorneys of record in this case are:**

Name of Lead Counsel: Adam J. Olszeski

Firm Name and Address: Davis Olszeski, LLP
2704 Locust St., Ste 202
St. Louis, MO 63103

Telephone & FAX Number: (314) 876-7760 (314) 876-7877

Name of Other Counsel: Iwana Readamakers

I

Firm Name and Address: Iwana Rademackers, P.C.
17304 Preston R. Ste 800
Dallas, TX 75252

Telephone & FAX Number: (214) 579-9319 (469) 444-6456

**The completion deadline for this ADR referral is** August 29, 2025

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: August 22 2025

Time of Conference: 9:30 a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: Virtual

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

July 14, 2025
Date

/s/ Adam J. Olszeski

Signature of Plaintiff(s)

/s/ Iwana Rademaekers (with consent)

Signature of Defendant(s)