UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID H. COX,<br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:24-cv-00984-SEP |

## JOINT MOTION FOR LEAVE TO DESIGNATE A NON-COURT CERTIFIED NEUTRAL

The parties jointly request leave to designate Mona Majzoub as the neutral in this case, who does not appear on the Court's Neutral List. A Memorandum in Support accompanies this Motion, and it is adopted as if set forth herein.

Respectfully submitted,


*/s/ Adam J. Olszeski*
Adam J. Olszeski, #MO66126
Davis Olszeski LLP
2704 Locust St., Ste 202
St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877
Email: adam@dodisabilitylaw.com
***Counsel for Plaintiff***

*/s/ Iwana Rademaekers* (w/permission)
Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
***Counsel for Defendant***

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 15th day of July 2025 to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Adam J. Olszeski*