UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID H. COX,<br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:24-cv-00984-SEP |

<u>MEMORANDUM IN SUPPORT OF JOINT MOTION FOR LEAVE TO DESIGNATE A NON-COURT CERTIFIED NEUTRAL</u>

The parties jointly request leave to designate Mona Majzoub as the neutral in this case, who does not appear on the Court's Neutral List. In support, the parties state the following:

This case involves claims related to denial of a claim for long-term disability benefits under a benefit plan governed by ERISA, 29 U.S.C. § 1001, et seq. The parties wish to designate Mona Majzoub, who is certified as a mediator in the Eastern District of Michigan. (Ex. 1.)

Judge Majzoub is a retired U.S. Magistrate Judge in the E.D. Michigan, who now maintains an ADR practice. *See* https://www.mkmpllc.com/ .The parties reasonably believe she will be an effective mediator, who they wish to use in this case. Counsel for Plaintiff was able to successfully resolve a similar case, *Johnson v. Unum Life Insurance Co. of America*, Case No. 4:24-cv-01133, through mediation with Judge Majzoub as the mediator

Accordingly, the parties jointly request leave to designate Mona Majzoub as the neutral for this case.

Respectfully submitted,


*/s/ Adam J. Olszeski*
Adam J. Olszeski, #MO66126
Davis Olszeski LLP
2704 Locust St., Ste 202
St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877
Email: adam@dodisabilitylaw.com
***Counsel for Plaintiff***

*/s/ Iwana Rademaekers* (w/permission)
Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
***Counsel for Defendant***


**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 15th day of July 2025 to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Adam J. Olszeski*