**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

NOTICE – NON-COURT CERTIFIED NEUTRAL

This notice must be completed and filed electronically, accompanied by a Joint Motion for Leave to Designate a Non-Court Certified Neutral.

By completing this form, the applicant states that she or he has completed the requirements and has been approved as a Court-Certified Neutral with a Federal District Court other than the Eastern District of Missouri.

Certification District(s): USDC Western District of Michigan

This application is for the following case: 4:24-cv-00984-SEP
(EDMO Case Number)

I, Mona K. Majzoub, request to perform mediator services based on my certification(s) in the district(s) noted above. I further acknowledge that services are not permitted until authorized by the presiding judge assigned to the Eastern District of Missouri cause of action set forth in this notice.

Full Name: Mona K. Majzoub

Address: 26400 Lahser Road
Suite 250
Southfield, MI 48033

Email: majzoub@mkmpllc.com

Fax: 313-565-1318

Phone: 313-565-1938