**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON d/b/a** | ) | |
| **LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR STATUS CONFERENCE**

Now come all parties to this case, by and through their respective counsel, and file this Joint to Motion for Status Conference, and state as follows:

1. The mediation for the morning of August 22, 2025 (Dkt 26) commenced but has been recessed. The current deadline to complete ADR is August 29, 2025 (Dkt 31), and the deadline for dispositive motions in the Case Management Order (Dkt 18) is October 1, 2025. Accordingly, the parties request a status conference with the Court to address these deadlines in light of the need to complete the mediation and also due the rescheduling of a deposition originally scheduled for August 12, 2025, that was cancelled due to the destruction in a storm of the family home of the designated Fed. R. Civ. P. 30(b)(6) deponent.

WHEREFORE, the parties request that the Court set a status conference to discuss the deadlines in this action.

Dated: August 25, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Adam J. Olszeski* | */s/ Iwana Rademaekers* |
| Adam J. Olszeski, #MO66126 | Iwana Rademaekers, MOED Bar # 16452560T |

Davis Olszeski LLP
2704 Locust St., Ste 202
St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877
Email: adam@dodisabilitylaw.com

*Counsel for Plaintiff*

Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Galloway, Johnson, Tompkins, Burr & Smith, P.C.
Frederich J. Autrey, #74196MO
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
fautrey@gallowaylawfirm.com

*Counsel for Defendant*

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 25th day of August, 2025 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski
Email: adam@dodisabilitylaw.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers