**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.: 4:24-cv-00984-SEP |
| **vs.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION TO CLOSE THE ADMINISTRATIVE RECORD

COMES NOW Plaintiff David Cox, by and through undersigned counsel, pursuant to 29 C.F.R. § 2560.503-1(l), and moves this Court to deem the administrative record closed as of September 16, 2025. In support of this motion, and for the reasons set forth there in, Plaintiff files a memorandum of law in conjunction with this motion. That memorandum is incorporated by reference as if fully stated herein.

WHEREFORE, Plaintiff David Cox prays the Court enter an order finding that: (1) the administrative appeal of Mr. Cox's LTD claim is exhausted and deemed denied as of September 16, 2025, without the exercise of discretion by Lincoln; (2) the administrative record is closed as of September 16, 2025; and (3) the Court will review the denial of Mr. Cox's LTD benefits *de novo* in accordance with 29 C.F.R. § 2560.503-1(l).

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
22704 Locust, Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, I sent the foregoing to Defendant Lincoln's counsel of record via the Courts electronic filing system.

*/s/ Adam J. Olszeski*