## Claim Coversheet Report

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 16375380 Claim Last Updated 07/09/2025 Printed On 7/17/2025

### Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | DAVID H COX | SSN | XXX-XX-0675 | Birth Date | 07/07/1978 |
| Address | AND DAVIS OLSZESKI LLP | Salary Amount $ | | Mode | M |
| | TRUST ACCOUNT | Date of Hire | 11/25/2019 | | |
| | 2704 LOCUST ST. SUITE 2 | Last Work Date | 05/14/2021 | | |
| | ST. LOUIS, MO 63103-0000 | Federal Tax | Employee Option | State Tax | No |
| Phone | (646) 714-2917 | Phys Demands | Sedentary | | |

JobDesc APPLICATION SOFTWARE DEVELOPER (CORE SYSTEM)

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Not TD Own Occ | Received Date | 10/17/2024 |
| Disability Date | 05/17/2021 | Close Date | 05/17/2021 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 07/06/2045 | RTW FT / PT | |
| Ben Begin Date | 11/13/2021 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc M54.5 Low back pain

Diagnosis 2 Code/Desc G44.209 Tension-type headache, unspecified, not intractable

### Policyholder Information

Customer ID 04 - 445197 CENTENE MANAGEMENT COMPANY

Subsidiary 0000

Location 00010040 CORPORATE

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 07/01/2018

Class 01 ALL ACTIVE, FULL-TIME EMPLOYEES, PILOTS, CO-PILOTS, OR CREWMEMBERS EX

Waiting Period: New/Mode-Current/Mode 90 Day 90 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 10.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 03/01/2020 |
| PD | 01 | STD | 01 | 03/01/2020 |
| PD | 04 | STDCP | 01 | 11/25/2019 |

Additional Information:



Lincoln/Cox 250718 0052

EXHIBIT 1

tabbies®