DAVIS OLSZESKI LAW

2704 LOCUST ST., STE. 202
ST. LOUIS, MO
63103

June 2, 2025

The Lincoln National Life Ins. Company
Disability and Life Claim Appeals
PO Box 2578
Omaha, NE 68172-9688
Fax: (603) 334-0401

Re: Claimant: David H. Cox
Short-term Disability and Long Term Disability
Claim No.: 11399116
Centene Management Company

Dear Lincoln.

At this time, we have not been able to obtain all necessary medical records to submit an appeal of the December 3, 2024 denial of Mr. Cox's LTD benefits. Review at this time would deprive Mr. Cox of the full and fair review he is entitled to.

Please extend the time to submit an appeal thirty (30) days to an including July 2, 2025. Please notify me in writing that this request is granted.

In the event that the request is not granted please consider this the written appeal of the denial of Mr. Cox's claim for LTD benefits

Very truly yours,

Adam J. Olszeski

EXHIBIT
tabbies
3

(314)876-7760 | TEAM@DODISABILITYLAW.COM | WWW.DODISABILITYLAW.COM