Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 9, 2025

Adam J. Olszeski
Davis Olszeski Law
2704 LOCUST ST., STE 202
ST. LOUIS, MO 63103

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 16375380
Claimant: David Cox

Dear Adam:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Centene Management Company's Group Disability LTD Policy. We are writing regarding David Cox's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Mr. Cox's LTD claim on July 2, 2025 including approximately 959 pages of records with your appeal letter. We received records of Dr. S Prager, Dr. Liss, Dr. V Kumar, Physical therapy (2 different providers), Dr. McIntyre, Dr. Pangli/Mazher, and the Emergency Department SSM Health DePaul and SSM Health St. Mary's Hospital.

Following our initial appeal review, we have determined the following information is needed for our review and we request that you obtain it and submit to our office at your earliest convenience:

**-Office visit notes, test rsults, consultation reports of Hugh Berry MD (pain management) from the First visit to present, excluding September 13, 2021 (the only visit note of Dr. Berry on file).**

**-All Timesheets, Payroll Records, and Job Descriptions for all Employment Mr. Cox held from May 2021 To Present**

**-Mr. Cox's Tax Returns for 2021, 2022, 2023 and 2024**

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered within **30 days** of this letter. Please contact us in advance

EXHIBIT
tabbies
5

should you need additional time.

If we do not hear from you and do not receive additional information by **August 8, 2025**, we will proceed with our appeal review and make a final determination based on the information currently contained in the file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period. Under ERISA regulations, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until the date we receive the requested information.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding the status of the appeal, you may reach me via my contact information listed below or via email to DisabilityDocuments@lfg.com. **Please be sure to include the claim number in any submissions.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather C.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-0401