DAVIS OLSZESKI
LAW

2704 LOCUST ST., STE. 202
ST. LOUIS, MO
63103

July 15, 2025

***Sent via USPS, Fax and Email***

Heather C.
The Lincoln Nat. Life Ins. Co.
P.O. Box 2578
Omaha, NE 68103-2578
Fax: (888) 437-7611
Email: disabilitydocuments@lfg.com

Re: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 16375380
Claimant: David Cox

Dear Heather C.:

This letter is in response your correspondence dated July 9, 2025, and to supplement the appeal submitted on behalf of Mr. Cox.

1. *Response to Correspondence of July 9, 2025*

I am currently requesting updated office visits from Dr. Berry. Enclosed is an executed HIPPA authorization for you to obtain the same records. Please share any records that you obtain.

Mr. Cox has not been employed since his date of disability. There are no timesheets, payroll records or job descriptions that we can submit.

Mr. Cox has not filed any tax returns for the years requested. Enclosed is an executed Authorization for the IRS to release Mr. Cox's tax returns for you to verify this.



EXHIBIT
tabbies
6

I am currently requesting updated office visits from Dr. Berry. Enclosed is an executed HIPPA authorization for you to attempt to obtain the same records. Please share any records that you obtain.

2. *Supplement to the Appeal*

Enclosed please find the vocational assessment of Ms. Vargas. This report proves that Mr. Cox is disabled and unable to evidence that Mr. Cox is unable to perform the material duties of his job, or any job, as a result of his physical restrictions and limitations stemming from back pain and migraine headaches.

Please let me know if you need anything additional.

Respectfully,

Adam J. Olszeski

*Enclosures*