The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 8, 2025

Adam J. Olszeski
Davis Olszeski Law
2704 LOCUST ST., STE 202
ST. LOUIS, MO 63103

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 16375380
Claimant: David Cox

Dear Adam:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Centene Management Company's Group Disability LTD Policy. We are writing regarding David Cox's claim for LTD benefits under the Policy.

On July 15, 2025 we received a July 15, 2025 letter from your office and a Vocational Assessment completed by Vargas Vocational Consulting. We also received a signed Tax information Authorization.

We provided your office until August 8, 2025 to submit records from Dr. Hugh Berry's office from the first visit to present excluding the September 13, 2021 visit on file. On July 21, 2025 we faxed a request for these records to Dr. Berry. To date, we haven't received a response.

The timeframe to submit information has expired and we are proceeding with the appeal review.

To assist us in evaluating David Cox's eligibility for benefits we have referred the file for a medical review and assessment by Board Certified Physicians. We anticipate a response from the reviewing Board Certified Physicians in approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of David Cox's eligibility for benefits under the terms of the Policy.

In our correspondence dated July 9, 2025, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

EXHIBIT
tabbies
7

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Heather C.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-0401