Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

August 15, 2025

Adam J. Olszeski
Davis Olszeski Law
2704 LOCUST ST., STE 202
ST. LOUIS, MO 63103

RE: Long Term Disability (LTD) Benefits
Centene Management Company
Claim #: 16375380
Claimant: David Cox

Dear Adam:

We are responding to your letter dated August 12, 2025.

You indicated that the requested information was submitted on July 15, 2025. However, in your letter of July 15, 2025, you indicated that you were currently requesting the updated office visit notes from Dr. Berry. As such, we had reason to expect additional records were forthcoming. (On July 21, 2025, Lincoln did send a request to Dr. Berry / SSM Health Medical Group with an authorization.) We assert tolling was appropriate, as we identified missing information and informed you that the information was needed. Your appeal submission was nearly 1000 pages and you indicated additional records were forthcoming. In total, we assert this was an acceptable special circumstance to exercise the ERISA extension.
If you have any questions regarding this matter, please contact David's assigned Disability Case Manager at the number below.

Sincerely,

Stephanie B.
Claim Resolution Consultant
On Behalf Of: Heather C.
Phone No.: (888) 437-7611 Ext. 16292
Secure Fax No.: (603) 334-0401

EXHIBIT
tabbies
9