**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.: 4:24-cv-00984-SEP |
| **vs.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

COME NOW all parties of record, by and through undersigned counsel, and update the Court regarding the status of this matter.

Lincoln's deadline to conclude the administrative review of the Mr. Cox's Appeal was September 16, 2025. Due to technological issues relating to email servers and IP addresses, Plaintiff did not receive Lincoln's decision on the appeal prior to that date. The issue has been investigated by both parties, and it is agreed that there was no fault or bad faith assignable to either party.

Of equal importance, Plaintiff did not receive two other email correspondences for the same reasons. These two emails enclosed new evidence that Lincoln had developed and was required to produce Plaintiff for comment/rebuttal prior to relying upon that evidence in reaching a decision. The requirement to produce the evidence is established by 29 C.F.R. § 2560.503-1(h)(4)(i).

The parties have met and conferred and have agreed that the best way to move forward, while ensuring the full and fair review required by Federal Regulation, is to have Lincoln produce

the new evidence to Plaintiff for review and comment and then issue a decision on Mr. Cox's appeal. The parties have agreed that Plaintiff will have 21 days from the date the new evidence is delivered to Plaintiff to produce comments/responses to the new evidence. Lincoln will have 21 days from the date the comments/responses are produced to it to issue the decision on the internal appeal.

As a result of this issue, the parties agree to once again postpone the mediation, which was scheduled for October 1, 2025, until a final decision has been reached on the appeal with complete evidence.

Due to this issue and plan to resolve the matter, the deadlines outlined and ordered following the September 10, 2025, Status Conference cannot be met. The parties will be filing a joint motion to amend the scheduling order a second time. Additionally, the Parties will be filing a joint motion to withdraw Plaintiff's September 17, 2025, Motion to close the administrative record as moot.

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
22704 Locust, Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (MOED Bar # 16452560T)
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And –

By: /s/ Frederich J. Autrey

Frederich J. Autrey, #74196MO
Galloway, Johnson, Tompkins,
Burr & Smith, P.C.
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
Email: fautrey@gallowaylawfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, the foregoing was delivered to all parties of record via the Courts electronic filing system.

*/s/ Adam J. Olszeski*