**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.: 4:24-cv-00984-SEP |
| **vs.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

COME NOW All parties of record, by and through undersigned Counsel and move this Court to amend the deadlines issued on September 10, 2025, for the reasons stated in the Joint Status Report filed concurrently with this motion, which is incorporated by reference as if fully stated herein, as follows:

1. The parties have until November 30, 2025, to complete Mediation.

2. The parties must file all dispositive motions no later than January 15, 2026, with responses and replies to follow the schedule laid out in the Eastern District of Missouri Local Rule 4.01.

3. The May 4, 2026 Trial date will remain the same.

WHEREFORE, the Parties pray this honorable Court enter an order amending the deadlines entered on September 10, 2025 as outlined above. And for any and all other relief deemed just and proper at this time.

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
22704 Locust, Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (MOED Bar # 16452560T)
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And –

By: /s/ Frederich J. Autrey

Frederich J. Autrey, #74196MO
Galloway, Johnson, Tompkins,
Burr & Smith, P.C.
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
Email: fautrey@gallowaylawfirm.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, the foregoing was delivered to all parties of record via the Courts electronic filing system.

*/s/ Adam J. Olszeski*