**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:24-cv-00984-SEP |

**JOINT MOTION TO WITHDRAW PLAINTIFF'S SEPTEMBER 17, 2025 MOTION AS MOOT**

COME NOW All parties of record, by and through undersigned counsel, and for the reasons stated in their joint status report filed concurrently with this motion, which is incorporated herein by reference, move this Honorable Court to withdraw Plaintiff's September 17, 2025, Motion for a Ruling Closing the Administrative Record as moot.

WHEREFORE, the Parties request the Court to enter an order withdrawing Plaintiff's September 17, 2025, Motion as moot.

**Respectfully submitted,**

**DAVIS OLSZESKI, L.L.P.**

*/s/ Adam J. Olszeski*
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
22704 Locust, Ste. 202
St. Louis, Missouri 63103
(314) 876-7760
Fax: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

*Attorneys for Plaintiff*

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (MOED Bar # 16452560T)
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And –

By: /s/ Frederich J. Autrey

Frederich J. Autrey, #74196MO
Galloway, Johnson, Tompkins,
Burr & Smith, P.C.
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
Email: fautrey@gallowaylawfirm.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, the foregoing was delivered to all parties of record via the Courts electronic filing system.

*/s/ Adam J. Olszeski*