**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON d/b/a LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO EXTEND MEDIATION DEADLINE**

Now come all parties to this case, by and through their respective counsel, and file this Joint Motion to Extend Mediation Deadline, and state as follows:

1. Pursuant to the order entered on October 3, 2025, the Parties must complete mediation in this case by November 30, 2025. However, the Parties respectfully request that the Court extend the mediation deadline to December 10, 2025.

2. The Parties have consulted with an approved mediator and have scheduled mediation December 3, 2025, at 10:00 a.m., which is the first date on which all parties and the mediator are available to mediate this case.

3. This brief 10-day extension will not affect any other deadlines in this case.

Dated: December 1, 2025

Respectfully submitted,

*/s/ Adam J. Olszeski* (w/permission)
Adam J. Olszeski, #MO66126
Davis Olszeski LLP
2704 Locust St., Ste 202
St. Louis, Missouri 63103
PH: (314) 876-7760
Fax: (314) 386-7877

*/s/ Iwana Rademaekers*
Iwana Rademaekers, MOED Bar # 16452560T
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

Email: adam@dodisabilitylaw.com
***Counsel for Plaintiff***

Email: iwana@rademaekerslaw.com
***Counsel for Defendant***

**CERTFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 1st day of December 2025 to be served by operation of the Court's electronic filing system upon the following:

Adam J. Olszeski
Email: adam@dodisabilitylaw.com

/s/ *Iwana Rademaekers*
Iwana Rademaekers