UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| David Cox<br><br>Vs.<br><br>Lincoln National | Case No. 4:24-cv-00984-SEP |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's office

**Option 1**

( ) The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline : __________. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

( X ) An ADR conference was held on:12/3/2025.

All required individuals, parties, counsel of record, corporate representatives, and/or claim professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claim professionals failed to appear and/or participate in good faith as ordered: ____________________________________________________________.

The ADR referral was concluded on 12/4/2025.
The parties [( X ) did ( ) did not] achieve a settlement. Check one.

**Option 3**

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

Date: 12/8/2025 Neutral:Michael S. Geigerman/td