**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID H. COX,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00984-SEP |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON d/b/a** | ) | |
| **LINCOLN FINANCIAL GROUP** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff David H. Cox and Defendant Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 23rd day of December 2025.

Respectfully submitted,

*/s/ Adam J. Olszeski* (w/permission)
Matthew R. Davis, #MO58205
Adam J. Olszeski, #MO66126
DAVIS OLSZESKI, L.L.P.
2704 Locust St., Ste 202
St. Louis, MO 63103
PH: (314) 876-7760
FAX: (314) 876-7877
matt@dodisabilitylaw.com
adam@dodisabilitylaw.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: */s/ Iwana Rademaekers*
Iwana Rademaekers (MOED Bar # 16452560T)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And –

By: /s/ Frederich J. Autrey
Frederich J. Autrey, #74196MO
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, P.C.
222 S. Central Avenue, Suite 1110
St. Louis, Missouri 63105
Telephone: (314) 725-0525
Facsimile: (314) 725-7150
Email: fautrey@gallowaylawfirm.com

ATTORNEYS FOR DEFENDANT